FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    08-891-MJ
                                )
               Plaintiff,       )
                                )
     v.                         )    ORDER OF DETENTION AFTER HEARING
                                )    (18 U.S.C. § 3142(i))
Agustin Santiago Nazaria        )
                                )
               Defendant.       )
_____)

                              I.

A.    (  ) On motion of the Government involving an alleged

      1.   (  )   crime of violence;

      2.   (  )   offense   with   maximum   sentence   of   life
                  imprisonment or death;

      3.   (  )   narcotics or controlled substance offense with
                  maximum  sentence  of  ten  or  more  years  (21
                  U.S.C. §§  801,/951, et. seq.,/955a);

      4.   (  )   felony - defendant convicted of two or more
                  prior offenses described above.

B.    On motion (X) (by the Government)/( ) (by the Court sua
      sponte involving)

      1.   (X) serious risk defendant will flee;

2.   ( ) serious risk defendant will

   a. ( ) obstruct or attempt to obstruct justice;

   b. ( )threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.   (X) appearance of defendant as required; and/or

B.   ( ) safety of any person or the community;

III.

The Court has considered:

A.   (X) the nature and circumstances of the offense;

B.   (X) the weight of evidence against the defendant;

C.   (X) the history and characteristics of the defendant;

D.   (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.   ( ) Defendant poses a risk to the safety of other persons or the community because:_____

_____

_____

_____

_____

_____

_____

///

///

B.    (X)   History and characteristics indicate a serious risk that defendant will flee because: _____

_Instant allegations_____

_Prior Deportation_____

_Ties to foreign Country_____

_____

C.    ( )   A serious risk exists that defendant will:

      1.  ( ) obstruct  or  attempt to  obstruct  justice;

      2.  ( )threaten, injure or intimidate a witness/ juror; because: _____

_____

_____

_____

D.    ( )   Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: _4/11/08_____

_Patrick J. Walsh_____

U.S. MAGISTRATE JUDGE / DISTRICT JUDGE